SENT BY: LAW OFFICES OF JAMES T. BENTSON; 11/30/01 FRI 17:52 FAX RIDER BENNETT 002

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ballistica, Inc., a Minnesota corporation, and Kevin McKinney, as a minority shareholder in Ballistica, Inc., a Minnesota corporation,

Plaintiffs,

vs.

Robert Berkeley,

Defendant.

Court File No. 01-1603 PAM/JGL

**STIPULATION FOR A STAY AND CONTINUANCE AND PROPOSED ORDER**

**STIPULATION**

WHEREAS the parties in the above-referenced matter are parties to litigation in this matter and in the United States District Court, Central District of California;

WHEREAS in this action, the parties have an obligation under the Court's Order dated October 10, 2001, to select an accountant and to perform an audit of Ballistica;

WHEREAS in this action, the parties have obligation under Rule 26(a) and Rule 26(f) of the Federal Rule of Civil Procedure that must be completed;

WHEREAS the parties believe it is in their best interests to mediate their disputes and focus their limited time and resources on mediation rather than spending those resources and time pursuing litigation; and

WHEREAS the parties desire and intend to mediate, in good faith, their disputes in an expeditious manner.

FILED DEC 11 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

NOW THEREFORE, the parties, by and through the undersigned counsel, for the good cause stated above, hereby stipulate and agree that the litigation in this lawsuit be stayed and all obligations therein continued until February 1, 2002.

DATED: November 30, 2001

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By Kathy S. Kimmel
Richard J. Nygaard (80226)
Kathy S. Kimmel (268823)
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
(612) 340-7912 and 340-8982

ATTORNEYS FOR PLAINTIFFS

DATED: 11/30, 2001

LAW OFFICES OF JAMES T. BENTSON

By
James T. Bentson
814 Morena Boulevard, Suite 110
San Diego, California 92110
(619) 291-1766

and

John O. Murrin (7679X)
Murrin Law Office
4018 West 65th Street
Edina, Minnesota 55435

ATTORNEYS FOR DEFENDANT

**ORDER**

Based on the foregoing Stipulation and for good cause being shown, IT IS HEREBY ORDERED THAT the litigation in the above-referenced matter is stayed and continued until February 1, 2002.

Dated: Dec. 10, 2001

By: ______________________