UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ballistica, Inc., a Minnesota corporation, and Kevin McKinney as a minority shareholder in Ballistica, Inc., a Minnesota corporation,

Plaintiffs,

v.

Robert Berkely,

Defendant.

Civ. File No. 01-1603 (PAM/JGL)

**ORDER**

---

This matter is before the Court on Plaintiffs' Motion for Immediate Equitable Relief, A Temporary Restraining Order, and Expedited Discovery. After consideration of the arguments set forth by the parties, the Court denies the motion as presented, but grants a modified temporary restraining order against both parties. Effective until Tuesday, October 2, 2001, or until such other time as the Court may determine, both parties are enjoined from destroying, altering, modifying, taking, concealing, or otherwise disposing of the assets, bank accounts, books, records, corporate documents and resolutions, and all other business records of Ballistica, Inc. This modified temporary restraining order is intended to maintain the status quo between the parties. Additionally, the Court grants limited expedited discovery to both parties.

FILED SEP 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Accordingly, upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Both Plaintiffs and Defendant are enjoined from destroying, altering, modifying, taking, concealing, or otherwise disposing of the assets, bank accounts, books, records, corporate documents and resolutions, and all other business records of Ballistica, Inc. until October 2, 2001, or such other time as the Court may determine; and

2. Both Plaintiffs and Defendant may conduct limited expedited discovery in this case.

Dated: September 14, 2001

Paul A. Magnuson
United States District Court Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500