UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ballistica, Inc., a Minnesota corporation, and Kevin McKinney as a minority shareholder in Ballistica, Inc., a Minnesota corporation,

Civ. File No. 01-1603 (PAM/JGL)

Plaintiffs,

v.

**ORDER**

Robert Berkely,

Defendant.

---

This matter is before the Court on Plaintiffs' Application for Amended Order. Plaintiffs seek to have this Court amend its September 14, 2001 Order (Clerk Doc. No. 14) granting a modified temporary restraining order against both parties. In that Order, the Court determined that the parties should be given until October 2, 2001, with the benefit of expedited discovery, to gather more evidence. Accordingly, this Court entered a temporary restraining order against both parties, designed simply to maintain the status quo between the parties. After considering the affidavits and other papers set forth by the parties, the Court denies the instant application.

In this case, there is contradicting evidence, supported by opposing affidavits, as to whether Ballistica, Inc. will suffer irreparable harm if the temporary restraining order that it seeks is denied. Additionally, at this stage of the litigation, this contradicting evidence also creates doubt about whether Ballistica, Inc. will succeed on the merits of its claims. In the

FILED SEP 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

face of this contradicting evidence, it is impossible, and would be inappropriate, for this Court to intervene any further in this matter until the hearing which is scheduled for October 2, 2001, or such other time as this Court deems appropriate.

Accordingly, upon all of the files, records, and proceedings herein, Plaintiffs' Application for Amended Order is **DENIED**.

Dated: September 24, 2001

Paul A. Magnuson

United States District Court Judge