UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ballistica, Inc., a Minnesota corporation, and Kevin McKinney as a minority shareholder in Ballistica, Inc., a Minnesota corporation,

Civ. File No. 01-1603 (PAM/JGL)

Plaintiffs,

v.

**ORDER**

Robert Berkely,

Defendant.

---

This matter is before the Court on Plaintiffs' Motion for a Temporary Restraining Order and Plaintiffs' Motion to Compel Discovery. On September 14, 2001, this Court issued an Order (Clerk Doc. No. 14) granting a modified temporary restraining order against both parties. In that Order, the Court determined that the parties should be given until October 2, 2001, with the benefit of expedited discovery, to gather more evidence. The Court's goal, at that time, was simply to maintain the status quo between the parties. Since that time, however, there has been a whirlwind of activity in this case. In the end, the parties have been unable to resolve their differences.

It should be noted that this matter involves issues of significant importance for both Plaintiffs and Defendant. Accordingly, the Court emphasizes that this litigation should be conducted as promptly and as amicably as is possible. After consideration of the arguments set forth by the parties at the October 2, 2001, hearing, and upon all of the files, records, and

FILED OCT 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

proceedings herein, the Court will grant Plaintiffs' Motion to Compel Discovery and grant in part Plaintiffs' Motion for a Temporary Restraining Order.

Accordingly, Plaintiffs' Motion to Compel Discovery (Clerk Doc. No. 21), is **GRANTED** as follows:

1. All of the corporate records requested by Plaintiffs are to be expeditiously sent by the Defendant, at Defendant's expense, to the law firm of Rider, Bennett, Egan & Arundel, LLP, 333 South Seventh Street, Suite 2000, Minneapolis, MN 55402; and
2. On arrival, these corporate records are to be made available to the corporate officers of Ballistica, Inc. and to both parties in this litigation.

Plaintiffs' Motion for a Temporary Restraining Order (Clerk Doc. No. 2), is **GRANTED in part** and **DENIED in part** as follows:

1. Defendant is ordered to return all materials and equipment necessary to permit Ballistica, Inc. to continue its normal manufacturing activities and business;
2. Defendant is to refrain from communicating with Ballistica, Inc.'s customers and is to cease defaming Ballistica, Inc. in any way;
3. Ballistica, Inc. is to schedule and hold a shareholder's meeting expeditiously, at a time agreed to by both parties or, if the parties

cannot agree to such a time, at a time ordered by the Court;

4. At the shareholder's meeting, all appropriate corporate officers and directors are to be available to be deposed by the parties;

5. An accounting of Ballistica, Inc. is to be conducted by an independent person or entity to be chosen by the parties, or failing agreement of the parties by this Court, within one week of the date of this Order;

6. The Court reserves the right to appoint a Special Master in this matter;

7. The Court will not enjoin the Defendant's California lawsuit against Ballistica, Inc.;

8. Plaintiffs shall post a bond in the amount of $50,000 to secure this Temporary Restraining Order. In lieu of a bond, Plaintiffs may post cash or its equivalent with the Clerk of Court; and

9. This Order shall remain in effect until further Order of the Court.

Dated: October 10, 2001

Paul A. Magnuson
United States District Court Judge