UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ballistica, Inc., a Minnesota corporation, and Kevin McKinney as a minority shareholder in Ballistica, Inc., a Minnesota corporation,

Plaintiffs,

vs.

Robert J. Berkeley,

Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

Court File No. 01-1603 (PAM/JGL)

---

## STIPULATION

It is hereby stipulated and agreed by and between the above-named parties, through their undersigned counsel, that the above-entitled action and all claims alleged therein are hereby dismissed with prejudice.

This Stipulation may be executed in counterparts.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By Kathy S. Kimmel
Richard J. Nygaard (80226)
Kathy S. Kimmel (268823)
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
Tel: (612) 340-7912/340-8982

Dated: March 28, 2002

Attorneys for Ballistica, Inc., and Kevin McKinney, as a minority shareholder in Ballistica, Inc.

803742-1

FILED APR 01 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD APR 01 2002
DEPUTY CLERK

LAW OFFICES OF JAMES T. BENTSON

By ______________________
James T. Bentson (CA# 140800)
814 Morena Boulevard, #110
San Diego, CA 92110
Tel: (619) 291-1766

Dated: 3-26-02, 2002

AND

MURRIN LAW OFFICE
John O. Murrin (#7679X)
4018 West 65th Street
Edina, MN 55435
Tel: (952) 925-3202

Attorneys for Robert J. Berkeley

ORDER

Pursuant to the foregoing Stipulation, it is hereby ordered that the above-entitled action is dismissed with Prejudice.

JUDGMENT SHALL BE ENTERED ACCORDINGLY.

BY THE COURT:

DATED: April 1, 2002

______________________
The Honorable Paul A. Magnuson
United States District Court Judge